```
McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
JOHN S. GATSCHET
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL ALAN CROWSER, ) <br> ) <br> Defendant. ) <br> _____) <br> ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEVIN MCBRIDE, ) <br> ) <br> Defendant. ) <br> _____) | CR. No. S-06-018-PAN <br><br><br><br><br><br><br><br><br> CR. No. S-06-019-DAD <br><br> GOVERNMENT'S WITHDRAWAL <br> OF NOTICE OF RELATED <br> CASES and [~~PROPOSED~~] ORDER |

On February 1, 2006, the Government filed a Notice of Related Cases in the above-entitled matter. Upon further review of the discovery, it does not appear to be in the interests of any of the parties to relate the cases.

///

///

1

1  Therefore, the government withdraws the Notice of Related
2  Cases and respectfully requests that the cases not be related.
3  Dated: February 10, 2006.

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


                                 By:/s/ Matthew C. Stegman
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney


                        ORDER

IT IS SO ORDERED:

    Dated:  February 13, 2006.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge