FILED
April 13, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR S-0019 DAD
        Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
KEVIN MCBRIDE, )
)
        Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KEVIN MCBRIDE, Case No. CR S-0019 DAD, Charge 18 USC § 13; CVC §§ 23152, 23542,12500, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    [X] Release on Personal Recognizance

    [ ] Bail Posted in the Sum of $_____

        [ ] Unsecured Appearance Bond $_____

        [ ] Appearance Bond with 10% Deposit

        [ ] Appearance Bond with Surety

        [ ] Corporate Surety Bail Bond

    [X] (Other)   On Sutter County Probation

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 13, 2006 at 2:20 p.m.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal